# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. __4608313 / CA26__

U.S.A.

v.

Tamarra Holder

5:15-cr-00003-JLT

## ORDER TO PAY

(this area intentionally left blank)

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ __90.00__     (✓) **Penalty ASSESSMENT** of $ __10.00__

(✓) **PROCESSING Fee** of $ __25.00__     for a **TOTAL AMOUNT** of $ __125.00__ ,

paid within __30__ days.  **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B..**

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

[ ] CENTRAL VIOLATIONS BUREAU
PO Box 71363
Philadelphia, PA 19176-1363
1-800-827-2982

[✓] CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721
559-499-5600

[ ] (Traffic School payments / certificates are mailed to)
U.S. Courts - CVB
PO Box 780549
San Antonio, TX 78278-0549
1-800-827-2982

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: __6/9/2015__            __/s/ Jennifer L. Thurston__
                               U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007